STATE OF NEW JERSEY v. THOMAS E. JUINTA.

September 7, 1988.

Petition for certification denied.  (See 224 *N.J.Super.* 711)

STATE OF NEW JERSEY v. HORACE C. DAVIS.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ALVIN CONNERLY.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL MCMILLAN.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DELBERT JENNERETTE.

September 7, 1988.

Petition for certification denied.